*# 7313*
*$ 3.05*
*6/28/10*

# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

June 28, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614



RE: Woodruff, Robert
Case No: 09-20741
Chapter 7

Dear Sir/Madam:

Enclosed please find a check in the amount of $3.05 made payable to the U.S. Bankruptcy Court regarding the Estate of Woodruff for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
| --- | --- | --- | --- |
| # 1 | Aida Shaughnessy | $375.00 | $3.05 |

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure